John E. Traeger for use of Louis Cohen, trading as Chicago Bag Company, appellee, v. Marie F. Johnson, appellant. Gen. No. 26,878.

Action on a replevin bond signed by defendant as surety. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. F. J. Campbell, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Affirmed. Opinion filed

March 21, 1922. Rehearing denied and additional opinion filed April 4, 1922.

O. J. C. Wray, for appellant. Max M. Grossman, for appellee.

Mr. Justice Morrill delivered the opinion of the court.